# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff,* v. XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, in his official capacity; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the UNITED STATES OF AMERICA, *Defendants.* | Civil Action No. 3:22-cv-00419 Judge Jeffrey V. Brown |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, Dkt No. 2, Plaintiff lists the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff State of Texas
2. Existing and potential child placing agencies for adoption and foster care services
3. Defendant Xavier Becerra
4. Defendant United States Department of Health and Human Services
5. Defendant United States of America

Plaintiff has not listed individual counsel because it does not believe individual counsel to be "financially interested" within the meaning of the Court's order.

| | |
|---|---|
| Dated: December 21, 2022 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | WILLIAM T. THOMPSON<br>Acting Chief, Special Litigation Unit |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ Ryan D. Walters*<br>RYAN D. WALTERS<br>*Attorney-in-Charge* |
| AARON F. REITZ<br>Deputy Attorney General<br>for Legal Strategy | Special Counsel<br>S.D. Tex. No. 3369185 |
| | OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-2714<br>Fax: (512) 457-4410<br>ryan.walters@oag.texas.gov |
| | *Counsel for Plaintiff State of Texas* |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on December 21, 2022.

*/s/ Ryan D. Walters*
RYAN D. WALTERS