UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

State of Texas

v.                                              Case Number: 3:22–cv–00419

Xavier Becerra, Secretary of the U.S. Department of Health and Human Services, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
by video

**DATE:** 5/10/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference
Order for Initial Conference – FORM – #2

Date:   February 27, 2023

                                                        Nathan Ochsner, Clerk