# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> *Plaintiff,* <br><br> v. <br><br> XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, in his official capacity; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the UNITED STATES OF AMERICA, <br><br> *Defendants.* | Civil Action No. 3:22-cv-00419 <br><br> Judge Jeffrey V. Brown |

### NOTICE OF APPEARANCE OF COUNSEL

Plaintiff the State of Texas files this Notice of Appearance of counsel and hereby notify the Court that Ethan Szumanski will appear as co-counsel for Plaintiff the State of Texas in the above case, along with counsel listed below. Mr. Szumanski is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and he is familiar with the Southern District Local Rules. His contact information is as follows:

> Ethan Szumanski
> Assistant Attorney General
> Texas Bar No. 24123966
> Southern District of Texas Bar No. 3836010
> P.O. Box 12548, MC 009
> Austin, Texas 78711-2548
> ethan.szumanski@oag.texas.go

| | |
|---|---|
| Dated: April 25, 2023 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | LEIF A. OLSON<br>Chief, Special Litigation Unit |
| BRENT WEBSTER<br>First Assistant Attorney General | RYAN D. WALTERS<br>*Attorney-in-Charge*<br>Special Counsel<br>S.D. Tex. No. 3369185 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | */s/Ethan Szumanski*<br>ETHAN SZUMANSKI<br>Assistant Attorney General<br>S.D. Tex. No. 3836010 |
| AARON F. REITZ<br>Deputy Attorney General<br>for Legal Strategy | OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-2714<br>Fax: (512) 457-4410<br>ryan.walters@oag.texas.gov<br>ethan.szumanski@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on April 25, 2023.

*/s/Ethan Szumanski*
ETHAN SZUMANSKI