United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-CV-419 |
| | § | |
| XAVIER BECERRA, *in his official* | § | |
| *capacity as Secretary of Health and* | § | |
| *Human Services, et al.,* | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The parties filed this joint motion to extend, citing the defendants' failure to comply with Rule 6 of the Galveston Division Rules of Practice— "Special Requirement for Motions to Dismiss under Rule 12(b)." Dkt. 11. Finding that the parties' proposed extension mitigates any harm caused by the defendants' error, the court grants the order. Accordingly, the plaintiff shall have until May 12, 2023, to amend its complaint and, if it chooses not to amend, until June 2, 2023, to respond to the pending motion to dismiss (Dkt. 10).

Signed on Galveston Island this 1st day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE