United States District Court
Southern District of Texas
**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:22-CV-419 |
| XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services, et al.*, | § § § § § | |
| Defendants. | § § | |

# **ORDER**

Now before the court is the defendants' unopposed motion to extend their deadline to file a reply in support of their motion to dismiss the amended complaint. Dkt. 17. It is hereby ordered that the motion is granted. The defendants' deadline is extended from August 11, 2023, to August 25, 2023.

Signed on Galveston Island this 9th day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE