United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | 3:22-cv-419 |
| XAVIER BECERRA, *et al.*, | | |
| Defendants. | | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 20, entered in this case granting the defendants' motion to dismiss, Dkt. 15, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 21st day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE